LaRIVIERE, GRUBMAN & PAYNE, LLP
Robert W. Payne, Esq. (Bar No. 073901)
Scott J. Allen, Esq. (Bar No. 178925)
19 Upper Ragsdale Drive, Suite 200
Post Office Box 3140
Monterey, CA  93942-3140
Telephone: (831) 649-8800
Facsimile: (831) 649-8835

Attorneys for Plaintiff
TORCO INTERNATIONAL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORCO INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BOLT, LLC, a Michigan limited liability company; GENERAL SALES AND SERVICE, INC., a Michigan corporation,<br><br>Defendants, | Case No: 3:09-cv-00530-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION AGAINST DEFENDANT BOLT, LLC PURSUANT TO SETTLEMENT AGREEMENT** |

WHEREAS, Plaintiff Torco International Corporation ("Torco") filed its complaint in this action against Defendant B.O.L.T., LLC ("Bolt") and other defendants.

WHEREAS, Torco and Bolt have agreed to settle the dispute at issue between them in this case upon the terms and conditions of the Settlement Agreement attached hereto as Exhibit A.

WHEREAS, the Settlement Agreement, paragraph 5, provides that Torco and Bolt would execute a stipulation dismissing this case as against Bolt, subject to this Court retaining jurisdiction to enforce the provisions of the Settlement Agreement and/or to resolve any dispute between the parties regarding the interpretation of, or compliance with, the Settlement Agreement.

//

Case No. 3:09-cv-00530-JSW
Stipulation and Proposed [Order] Dismissing BOLT, LLC

1

NOW THEREFORE, Torco and Bolt hereby stipulate and agree as follows:

1. This action should be dismissed as against Bolt, subject to the provisions of the Settlement Agreement, which is hereby incorporated by reference.

2. This Court should retain jurisdiction to enforce the provisions of the Settlement Agreement and/or to resolve any dispute between the parties regarding the interpretation of, or compliance with, the Settlement Agreement.

| | |
|---|---|
| REED SMITH LLP | LARIVIERE, GRUBMAN & PAYNE, LLP |
| Dated: March 27, 2009 | Dated: March 27, 2009 |
| By /s/ James A. Daire (as authorized 3/26/09)<br>James A. Daire (SBN 239637)<br>Attorneys for Defendant<br>BOLT, LLC | By /s/ Scott J. Allen<br>Scott J. Allen<br>Attorneys for Plaintiff<br>TORCO INTERNATIONAL CORP. |

### [~~PROPOSED~~] ORDER

Pursuant to the foregoing stipulation, the Court hereby orders as follows:

1. This action shall be, and hereby is, dismissed as against Bolt, subject to the provisions of the Settlement Agreement, which is hereby incorporated by reference.

2. ~~This Court shall retain jurisdiction to enforce the provisions of the Settlement Agreement and/or to resolve any dispute between the parties regarding the interpretation of, or compliance with, the Settlement Agreement.~~

**IT IS SO ORDERED.**

Dated: March 30, 2009

JEFFREY S. WHITE
United States District Judge

Case No. 3:09-cv-00530-JSW
Stipulation and Proposed [~~Order~~] Dismissing BOLT, LLC